FILED

03/02/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0480

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0480

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

DAVID JOEL EATON,

      Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until April 12, 2023, to prepare, file, and serve the Appellant's reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 2 2023